IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DENNIS RILEY,                                        *

            Petitioner,                          *

v.                                                   Case No.  4:25-cv-114-CDL-AGH

                                        *

WARDEN JACOB BEASLEY,                                 *

            Respondent.                          *

_____                    *

## J U D G M E N T

Pursuant to this Court's Order dated 6/30/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of June, 2026.

                    David W. Bunt, Clerk

                    s/ Elizabeth S. Long, Deputy Clerk